**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Darryl A. Seelhorst** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | | |
| Case number (if known) | **25-30964-JCO** | | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**  **Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $ **6,370,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................................... | $ **665,010.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................................ | $ **7,035,010.00** |

**Part 2:**  **Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **5,211,227.16** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **258,685.58** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **213,566.84** |
| **Your total liabilities** | $ **5,683,479.58** |

**Part 3:**  **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ **0.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ **44,280.53** |

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Darryl A. Seelhorst**      Case number *(if known)*   **25-30964-JCO**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number | **25-30964-JCO** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **16291 Scenic Hwy. 98** | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☑ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| **Fairhope**    **AL**    **36532-0000** | ☐ Manufactured or mobile home | | **Current value of the entire property?**    **Current value of the portion you own?** |
| City    State    ZIP Code | ☐ Land | | **$4,500,000.00**    **$4,500,000.00** |
| | ☐ Investment property | | |
| | ☐ Timeshare | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | | |
| **Baldwin** | **Who has an interest in the property?** Check one | | |
| County | ☐ Debtor 1 only | | |
| | ☐ Debtor 2 only | | |
| | ☐ Debtor 1 and Debtor 2 only | | ☐ **Check if this is community property** (see instructions) |
| | ☑ At least one of the debtors and another | | |
| | **Other information you wish to add about this item, such as local property identification number:** | | |

| Debtor 1 | Darryl A. Seelhorst | Case number *(if known)* | 25-30964-JCO |
|---|---|---|---|

**1.2**

| If you own or have more than one, list here: | | |
|---|---|---|

**14239 Peridido Key Dr.**
**Apt. 8**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Pensacola** | **FL** | **32507-0000** |
|---|---|---|
| City | State | ZIP Code |

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,870,000.00** | **$1,870,000.00** |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Escambia**
County

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>  **$6,370,000.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1**

| Make: | **GMC** |
|---|---|
| Model: | **K1500 Pick Up** |
| Year: | **2024** |
| Approximate mileage: | **20,000** |

Other information:

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$59,114.00** | **$59,114.00** |

**3.2**

| Make: | **Porsche** |
|---|---|
| Model: | **Taycan** |
| Year: | **2022** |
| Approximate mileage: | **32,000** |

Other information:

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$56,644.00** | **$56,644.00** |

---

Debtor 1    Darryl A. Seelhorst                                    Case number *(if known)*    25-30964-JCO

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 4.1 Make: **Grady White** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | ■ Debtor 1 only | | |
| Year: **2020** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Other information: | ☐ Debtor 1 and Debtor 2 only | | |
| | ☐ At least one of the debtors and another | | |
| | ☐ Check if this is community property (see instructions) | **$414,547.00** | **$414,547.00** |

| | | | |
|---|---|---|---|
| 4.2 Make: **Boston Whaler** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | ☐ Debtor 1 only | | |
| Year: **1984** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Other information: **(tenancy by the entireties property)** | ☐ Debtor 1 and Debtor 2 only | | |
| | ■ At least one of the debtors and another | | |
| | ☐ Check if this is community property (see instructions) | **$14,000.00** | **$14,000.00** |

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...............................................................=> | **$544,305.00** |
|---|---|---|

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Household furnishings (Pensacola) (tenancy by the entireties property) | Undetermined |
|---|---|
| Household furnishings (Point Clear) (tenancy by the entireties property) | Undetermined |
| Pots, Pans and Appliances (tenancy by the entireties property) | Undetermined |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| Artwork (tenancy by the entireties property) | Undetermined |
|---|---|

Debtor 1    **Darryl A. Seelhorst**                                    Case number *(if known)*    **25-30964-JCO**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Pinball Machine, Pool Table  (tenancy by the entireties property) | Undetermined |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | Guns: 3 shot guns, 30/30, 380 (old), 32 or 36 special (old), SBR Rifle, 6.5 Creedmore | $5,400.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Miscellaneous clothing, shoes and accessories | $2,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Rolex watch, wedding ring | $4,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | Dog  (tenancy by the entireties property) | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

    | $11,400.00 |
    |---|

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...................................................................................................

Debtor 1    **Darryl A. Seelhorst**                                      Case number *(if known)*    **25-30964-JCO**

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.......................                              Institution name:

   | | | | |
   |---|---|---|---|
   | 17.1. | **Checking #7009-S1** | **Eglin Federal Credit Union** | **$207.00** |
   | 17.2. | **Court Registry** | **Clerk of Court, Bibb County Alabama** | **$95,000.00** |
   | 17.3. | **Checking** | **Warrington Bank (tenancy by the entireties property)** | **$1,098.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes..................              Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ■ Yes.  Give specific information about them...................

   | Name of entity: | % of ownership: | | |
   |---|---|---|---|
   | **LRB Equities, LLC (related Chapter 11 case)** | **99%** | % | **$0.00** |
   | **Point Clear Capital Advisors, LLC (related Chapter 11 case)** | **100%** | % | **$0.00** |
   | **Point Clear Capital Management, LLC (related Chapter 11 case)** | **100%** | % | **Undetermined** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                                  Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ■ No
   ☐ Yes. List each account separately.
                  Type of account:              Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☐ No
   ■ Yes. ....................              Institution name or individual:

   | | | |
   |---|---|---|
   | **Non-refundable trip deposit** | **Tamarindo Luxury Villas** | **$13,000.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No

Debtor 1    **Darryl A. Seelhorst**                                    Case number *(if known)*    **25-30964-JCO**

☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
■ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**State Tutition Program for daughters**                                    **Undetermined**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm Life Insurance Policies LF-4181-1728, LF-4181-1801 and LF-4456-9467 (Children)** | | **Undetermined** |
| **State Farm Term Life Insurance Policy LF-3416-5402** | | **Undetermined** |

Debtor 1    **Darryl A. Seelhorst**                           Case number *(if known)*   **25-30964-JCO**

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................

| **$109,305.00** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| **$0.00** |

Debtor 1    **Darryl A. Seelhorst**　　　　　　　　　　　　　　　　Case number *(if known)*    **25-30964-JCO**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** .................................................................................................　　**$6,370,000.00**

56.  **Part 2: Total vehicles, line 5**　　　　　　　　　　　　　　**$544,305.00**

57.  **Part 3: Total personal and household items, line 15**　　　　**$11,400.00**

58.  **Part 4: Total financial assets, line 36**　　　　　　　　　　**$109,305.00**

59.  **Part 5: Total business-related property, line 45**　　　　　　**$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**　　**$0.00**

61.  **Part 7: Total other property not listed, line 54**　　　　+　**$0.00**

62.  **Total personal property.** Add lines 56 through 61...　　　**$665,010.00**　　Copy personal property total　　**$665,010.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62　　　　　　　　　**$7,035,010.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number | **25-30964-JCO** |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                        4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **16291 Scenic Hwy. 98 Fairhope, AL 36532  Baldwin County**<br>Line from *Schedule A/B*: **1.1** | **$4,500,000.00** | ■ | **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **14239 Peridido Key Dr. Apt. 8 Pensacola, FL 32507  Escambia County**<br>Line from *Schedule A/B*: **1.2** | **$1,870,000.00** | ■ | **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| **2022 Porsche Taycan 32,000 miles**<br>Line from *Schedule A/B*: **3.2** | **$56,644.00** | ■ | **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **1984 Boston Whaler (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **4.2** | **$14,000.00** | ■ | **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Household furnishings (Pensacola) (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **6.1** | **Unknown** | ■ | **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Darryl A. Seelhorst**                                              Case number (if known)    **25-30964-JCO**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household furnishings (Point Clear) (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **6.2** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Pots, Pans and Appliances (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **6.3** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Artwork (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **8.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Pinball Machine, Pool Table  (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **9.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Miscellaneous clothing, shoes and accessories**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Dog  (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Checking: Warrington Bank (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **17.3** | $1,098.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **State Tuition Program for daughters**<br>Line from *Schedule A/B*: **24.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22** |
| **State Farm Life Insurance Policies LF-4181-1728, LF-4181-1801 and LF-4456-9467 (Children)**<br>Line from *Schedule A/B*: **31.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **State Farm Term Life Insurance Policy LF-3416-5402**<br>Line from *Schedule A/B*: **31.2** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Darryl A. Seelhorst** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | | |
| Case number | 25-30964-JCO | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** | **Eglin Federal Credit Union**

Creditor's Name

**838 N. Eglin Pkwy.
Fort Walton Beach, FL
32547**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**2020 Grady White**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $321,116.26 | $414,547.00 | $0.00 |

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1   **Darryl A. Seelhorst**

First Name   Middle Name   Last Name

Case number (if known)   **25-30964-JCO**

---

| 2.2 | **Eglin Federal Credit Union** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim: | **$49,551.00** | **$56,644.00** | **$0.00**

**2022 Porsche Taycan 32,000 miles**

**838 N. Eglin Pkwy.
Fort Walton Beach, FL 32547**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   **5700**

---

| 2.3 | **Hancock Whitney Bank** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim: | **$1,597,814.30** | Unknown | Unknown

**Judgment Lien - limited dispute as to the fees and costs assessed through the foreclosure judgment.**

**504 Fairhope Ave.
Fairhope, AL 36532**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.4 | **Internal Revenue Service** | | | |
|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

Describe the property that secures the claim: | **$935,833.73** | Unknown | Unknown

**All assets in Escambia County, FL**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **12/31/2023**

Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor 1  **Darryl A. Seelhorst**

First Name    Middle Name    Last Name

Case number (if known)  **25-30964-JCO**

---

| 2.5 | **Soil & Seawall Doctors** | | $17,000.00 | $4,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**16291 Scenic Hwy. 98 Fairhope, AL 36532  Baldwin County**

**8500 Kause Rd. Pensacola, FL 32506**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Materialman's Lien**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.6 | **SouthState Bank, N.A.** | | $1,484,874.00 | $1,870,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**14239 Peridido Key Dr. Apt. 8 Pensacola, FL 32507  Escambia County**

**2440 Mall Dr. N. Charleston, SC 29406**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred  **2.2024**    Last 4 digits of account number  **4515**

---

| 2.7 | **United Wholesale Mortgage** | | $805,037.87 | $4,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**16291 Scenic Hwy. 98 Fairhope, AL 36532  Baldwin County**

**P.O. Box 77404 Ewing, NJ 08628**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____    Last 4 digits of account number  **2419**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $5,211,227.16

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)  **25-30964-JCO**
    First Name           Middle Name         Last Name

**If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:**                                    | **$5,211,227.16** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ]    Name, Number, Street, City, State & Zip Code        On which line in Part 1 did you enter the creditor?  **2.3**
      **Joshua Friedman, Esq.**
      **P.O. Box 2767**                     Last 4 digits of account number ___
      **Mobile, AL 36652**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | 25-30964-JCO |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Alabama Department of Revenue**<br>Priority Creditor's Name<br>**P.O. Box 327465**<br>**Montgomery, AL 36132**<br>Number Street City State Zip Code | Last 4 digits of account number ___ ___ ___ ___<br><br>**When was the debt incurred?** _____ | $250,000.00 | $250,000.00 | $0.00 |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

| 2.2 | **Baldwin County Board of Equalization** | Last 4 digits of account number | | $8,685.58 | $8,685.58 | $0.00 |

Priority Creditor's Name
**P.O. Box 1389**
**Bay Minette, AL 36507-1389**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | Undetermined | Unknown | Unknown |

Priority Creditor's Name
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify     **2024 Taxes**

---

**Part 2:**  **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Debtor 1    **Darryl A. Seelhorst**                                              Case number *(if known)*    __25-30964-JCO__

| 4.1 | **Alabama Coastal Radiology, PC** | Last 4 digits of account number _____ | $289.00 |

Nonpriority Creditor's Name

**P.O. Box 9369**
**Mobile, AL 36691**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 | **Thomas R. Alie** | Last 4 digits of account number _____ | Undetermined |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.3 | **David Almond** | Last 4 digits of account number _____ | Undetermined |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

| 4.4 | **American Express (Delta)** | Last 4 digits of account number | **9992** | **$62,719.00** |

Nonpriority Creditor's Name
**P.O. Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify _____

---

| 4.5 | **American Express (Marriott)** | Last 4 digits of account number | **9993** | **$25,998.00** |

Nonpriority Creditor's Name
**P.O. Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify _____

---

| 4.6 | **Edward Bals** | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                          Case number (if known)   **25-30964-JCO**

---

| 4.7 | **Geoffrey Barkin** | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.8 | **Bay Shore Dermatology** | Last 4 digits of account number | | **$32.50** |

Nonpriority Creditor's Name

**c/o Gulf Coast Financial Associates**
**600 Bel Air Blvd., #210**
**Tampa, FL 33606-3531**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.9 | **Thomas Bender** | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)  **25-30964-JCO**

---

**4.10**

**Hunter  and Shannon Bice**
Nonpriority Creditor's Name
**c/o Andrew P. Campbell, Esq.**
**Campbell Partners**
**505 20th St. N., #1600**
**Birmingham, AL 35203**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **Undetermined**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11**

**Peggy Cates Buchanon**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **Undetermined**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.12**

**CitiCards CBNA**
Nonpriority Creditor's Name
**P.O. Box 6217**
**Sioux Falls, SD 57117**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **8941**      **$19,468.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                   Case number (if known)    **25-30964-JCO**

---

| 4.1 3 | **Delma Brannon Culpepper** | Last 4 digits of account number | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.1 4 | **Discover Card** | Last 4 digits of account number | **1100** | **$17,650.00** |

Nonpriority Creditor's Name
**P.O. Box 30939**
**Salt Lake City, UT 84130**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.1 5 | **Mike Dobson** | Last 4 digits of account number | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

---

**4.16**

**Wanda Dobson**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____    **Undetermined**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.17**

**DRYmedic Greater Fairhope**
Nonpriority Creditor's Name
**11362 CR48**
**Fairhope, AL 36532**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____    **$13,741.69**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.18**

**James Dunn**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____    **Undetermined**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

---

**4.19**

**Rose Dunn**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Undetermined**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.20**

**Elan Financial Services**
Nonpriority Creditor's Name
**P.O. Box 108**
**Saint Louis, MO 63166**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3766**    **$523.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.21**

**David B. Elliott**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Undetermined**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**          Case number (if known)   **25-30964-JCO**

---

**4.2 2**

**EMI Health**
Nonpriority Creditor's Name
**P.O. Box 21482**
**Saint Paul, MN 55121**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$100.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 3**

**Christopher Frailie**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 4**

**Cindy Gilmore**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                   Case number (if known)  **25-30964-JCO**

---

| 4.2 5 | **Wyman Gilmore, III** | Last 4 digits of account number _____ | Undetermined |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 6 | **Wyman Gilmore, Jr.** | Last 4 digits of account number _____ | Undetermined |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 7 | **Vivian Gilmore** | Last 4 digits of account number _____ | Undetermined |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

---

<table>
<tr><td>4.2<br>8</td><td colspan="2"></td></tr>
</table>

**Andres S. Grant**

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

<table>
<tr><td>4.2<br>9</td><td colspan="2"></td></tr>
</table>

**Margaret Grant**

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

<table>
<tr><td>4.3<br>0</td><td colspan="2"></td></tr>
</table>

**Erin Gunnison**

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

---

| 4.3 1 | **Harold Gunnison** | | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 2 | **Carrie K. Hagan** | | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 3 | **Richard Henderson** | | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

---

| 4.3 4 | **Joan Jones** | | **Last 4 digits of account number** | | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 5 | **Miles Jones** | | **Last 4 digits of account number** | | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 6 | **JPMCB Card Services** | | **Last 4 digits of account number** 7166 | | **$18,842.00** |

Nonpriority Creditor's Name
**P.O. Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

---

| 4.3 7 | **Mudassir Kazmi** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.3 8 | **Bif Klumpp** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.3 9 | **Stephanie Klumpp** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   **Darryl A. Seelhorst**                                    Case number (if known)   **25-30964-JCO**

| 4.4 0 | | | |
|---|---|---|---|

**Edward R. Loper**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 1 | | | |
|---|---|---|---|

**Mark Loper**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 2 | | | |
|---|---|---|---|

**David Martin**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Darryl A. Seelhorst**                     Case number (if known)    **25-30964-JCO**

---

4.4
3

**Matt McCord**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                    **Undetermined**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

4.4
4

**Mohela Servicing/Navient**
Nonpriority Creditor's Name
**633 Spirit Dr.**
**Chesterfield, MO 63005**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0220**             **$31,679.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

4.4
5

**Chad A. Myers**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                    **Undetermined**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

---

| 4.4 6 | **Raymond M. Nelson, Jr.** | | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.4 7 | **W. Wylynn G. Phillippi** | | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.4 8 | **Aaron B. Pouncey** | | Last 4 digits of account number | | **Undetermined** |

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                          Case number (if known)   **25-30964-JCO**

---

| 4.49 | **Arthur Pouncy** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.50 | **Pam Pouncy** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.51 | **Michael Pugh** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

| 4.5 2 | **Regions Bank Credit Card** | Last 4 digits of account number  **0064** | **$7,174.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2050 Parkway Office Circle**
**ALBH40402B**
**Birmingham, AL 35244**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.5 3 | **Christoper M. Richey** | Last 4 digits of account number  _____ | **Undetermined** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.5 4 | **Frank Klumpp Riggs** | Last 4 digits of account number  _____ | **Undetermined** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Darryl A. Seelhorst**

Case number (if known)  **25-30964-JCO**

---

| 4.5 5 | **ST V Nero I, LLC** | Last 4 digits of account number | $86.97 |

Nonpriority Creditor's Name
**806 St. Vincent's Dr., #450**
**Birmingham, AL 35205-1684**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 6 | **Eric Street** | Last 4 digits of account number | Undetermined |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 7 | **William E. Street, Jr.** | Last 4 digits of account number | Undetermined |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                         Case number (if known)  **25-30964-JCO**

---

**4.58**

**Maria Cristina B. Street**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.59**

**Tobin Street**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **Undetermined**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.60**

**StruXure Outdoor Panhandle**
Nonpriority Creditor's Name
**3414 Country Club Ct.**
**Lynn Haven, FL 32444**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$4,906.76**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**         Case number (if known)  **25-30964-JCO**

---

**4.6 1**

**TBCI, Inc.**
Nonpriority Creditor's Name
**2835 S. Pine St.**
**Foley, AL 36535**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$10,356.92**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.6 2**

**Al Thomas**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.6 3**

**Jeff Thompson**
Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Darryl A. Seelhorst**                                    Case number (if known)    **25-30964-JCO**

---

| 4.6 4 | **Donald Ward** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 5 | **Douglas C. Ward** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 6 | **Jeannie Ward** | Last 4 digits of account number _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Darryl A. Seelhorst**                                           Case number (if known)   **25-30964-JCO**

---

| 4.6 7 | **Charles H. Williamson** | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.6 8 | **Charles H. Williamson, Jr.** | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.6 9 | **Marty Allison Willis** | **Last 4 digits of account number** _____ | **Undetermined** |

Nonpriority Creditor's Name
**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Darryl A. Seelhorst**                                     Case number (if known)   **25-30964-JCO**

| 4.7 0 | | |
|---|---|---|

**Seth Willis**

Nonpriority Creditor's Name

**c/o Daniel R. Sanders, Esq.**
**1602 N. 9th Ave.**
**Pensacola, FL 32503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Undetermined**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

<table>
<tr><td colspan="2">**Part 3:  List Others to Be Notified About a Debt That You Already Listed**</td></tr>
</table>

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney General of the United States** <br> **950 Pennsylvania Ave., N.W.** <br> **Washington, DC 20530-0001** | Line **2.3** of (Check one): <br> ■ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. Attorney** <br> **Attn: Civil Process Clerk** <br> **21 E. Garden St., #400** <br> **Pensacola, FL 32502** | Line **2.3** of (Check one): <br> ■ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

<table>
<tr><td colspan="2">**Part 4:  Add the Amounts for Each Type of Unsecured Claim**</td></tr>
</table>

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 258,685.58 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 258,685.58 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 31,679.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 181,887.84 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 213,566.84 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number | 25-30964-JCO |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    - ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number | **25-30964-JCO** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.10__<br>☐ Schedule G _____<br>**Hunter  and Shannon Bice** |
| 3.2   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.2__<br>☐ Schedule G _____<br>**Thomas R. Alie** |
| 3.3   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.3__<br>☐ Schedule G _____<br>**David Almond** |

Debtor 1   **Darryl A. Seelhorst**  _____    Case number *(if known)*   **25-30964-JCO**  _____

▇▇▇▇   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Edward Bals** |
| 3.5   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Geoffrey Barkin** |
| 3.6   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Thomas Bender** |
| 3.7   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Peggy Cates Buchanon** |
| 3.8   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Delma Brannon Culpepper** |
| 3.9   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Mike Dobson** |
| 3.10   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Wanda Dobson** |
| 3.11   **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**James Dunn** |

Debtor 1  **Darryl A. Seelhorst**                                      Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.19__ ☐ Schedule G _____ **Rose Dunn** |
| 3.13 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.21__ ☐ Schedule G _____ **David B. Elliott** |
| 3.14 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.23__ ☐ Schedule G _____ **Christopher Frailie** |
| 3.15 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.24__ ☐ Schedule G _____ **Cindy Gilmore** |
| 3.16 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.25__ ☐ Schedule G _____ **Wyman Gilmore, III** |
| 3.17 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.26__ ☐ Schedule G _____ **Wyman Gilmore, Jr.** |
| 3.18 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.27__ ☐ Schedule G _____ **Vivian Gilmore** |
| 3.19 **Kaplan & Company** **200 N. Fairway Dr., #172** **Vernon Hills, IL 60061** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.28__ ☐ Schedule G _____ **Andres S. Grant** |

Debtor 1  **Darryl A. Seelhorst**    Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Margaret Grant** |
| 3.21  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Erin Gunnison** |
| 3.22  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**Harold Gunnison** |
| 3.23  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**Carrie K. Hagan** |
| 3.24  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**Richard Henderson** |
| 3.25  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**Joan Jones** |
| 3.26  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**Miles Jones** |
| 3.27  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**Mudassir Kazmi** |

Debtor 1    **Darryl A. Seelhorst**                                          Case number *(if known)*    **25-30964-JCO**

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.38**<br>☐ Schedule G _____<br>**Bif  Klumpp** |
| 3.29    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.39**<br>☐ Schedule G _____<br>**Stephanie Klumpp** |
| 3.30    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.40**<br>☐ Schedule G _____<br>**Edward R. Loper** |
| 3.31    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.41**<br>☐ Schedule G _____<br>**Mark Loper** |
| 3.32    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.42**<br>☐ Schedule G _____<br>**David Martin** |
| 3.33    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.43**<br>☐ Schedule G _____<br>**Matt McCord** |
| 3.34    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.45**<br>☐ Schedule G _____<br>**Chad A. Myers** |
| 3.35    **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.46**<br>☐ Schedule G _____<br>**Raymond M. Nelson, Jr.** |

Debtor 1  **Darryl A. Seelhorst**                                          Case number *(if known)*  **25-30964-JCO**

██████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.47**<br>☐ Schedule G _____<br>**W. Wylynn G. Phillippi** |
| 3.37  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.48**<br>☐ Schedule G _____<br>**Aaron B. Pouncey** |
| 3.38  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.49**<br>☐ Schedule G _____<br>**Arthur Pouncy** |
| 3.39  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.50**<br>☐ Schedule G _____<br>**Pam Pouncy** |
| 3.40  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.51**<br>☐ Schedule G _____<br>**Michael Pugh** |
| 3.41  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.53**<br>☐ Schedule G _____<br>**Christoper M. Richey** |
| 3.42  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.54**<br>☐ Schedule G _____<br>**Frank Klumpp Riggs** |
| 3.43  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.56**<br>☐ Schedule G _____<br>**Eric Street** |

Debtor 1  **Darryl A. Seelhorst**                                       Case number *(if known)*  **25-30964-JCO**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.57**<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.45  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.58**<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |
| 3.46  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.59**<br>☐ Schedule G _____<br>**Tobin Street** |
| 3.47  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.62**<br>☐ Schedule G _____<br>**Al Thomas** |
| 3.48  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.63**<br>☐ Schedule G _____<br>**Jeff Thompson** |
| 3.49  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.64**<br>☐ Schedule G _____<br>**Donald Ward** |
| 3.50  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.65**<br>☐ Schedule G _____<br>**Douglas C. Ward** |
| 3.51  **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.66**<br>☐ Schedule G _____<br>**Jeannie Ward** |

Debtor 1 __Darryl A. Seelhorst__    Case number *(if known)*  __25-30964-JCO__

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.52 **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Charles H. Williamson** |
| 3.53 **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**Charles H. Williamson, Jr.** |
| 3.54 **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Marty Allison Willis** |
| 3.55 **Kaplan & Company**<br>**200 N. Fairway Dr., #172**<br>**Vernon Hills, IL 60061** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**Seth Willis** |
| 3.56 **LRB Equities, LLC** | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Hancock Whitney Bank** |
| 3.57 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Hunter  and Shannon Bice** |
| 3.58 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Thomas R. Alie** |
| 3.59 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Thomas R. Alie** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**David Almond** |
| 3.61  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Edward Bals** |
| 3.62  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Geoffrey Barkin** |
| 3.63  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Thomas Bender** |
| 3.64  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Hunter  and Shannon Bice** |
| 3.65  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Peggy Cates Buchanon** |
| 3.66  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Delma Brannon Culpepper** |

Debtor 1  **Darryl A. Seelhorst**                              Case number *(if known)*  **25-30964-JCO**

███ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.67  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Mike Dobson** |
| 3.68  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Wanda Dobson** |
| 3.69  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**James Dunn** |
| 3.70  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**Rose Dunn** |
| 3.71  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**David B. Elliott** |
| 3.72  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Christopher Frailie** |
| 3.73  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**Cindy Gilmore** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |
| 3.75 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Wyman Gilmore, Jr.** |
| 3.76 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Vivian Gilmore** |
| 3.77 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Andres S. Grant** |
| 3.78 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Margaret Grant** |
| 3.79 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Erin Gunnison** |
| 3.80 **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Harold Gunnison** |

Debtor 1   **Darryl A. Seelhorst**                                      Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.81  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Carrie K. Hagan** |
| 3.82  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Richard Henderson** |
| 3.83  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Joan Jones** |
| 3.84  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Miles Jones** |
| 3.85  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Mudassir Kazmi** |
| 3.86  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Bif  Klumpp** |
| 3.87  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Stephanie Klumpp** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.88 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**Edward R. Loper**

---

3.89 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**Mark Loper**

---

3.90 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**David Martin**

---

3.91 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Matt McCord**

---

3.92 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.45**___
☐ Schedule G _____
**Chad A. Myers**

---

3.93 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.46**___
☐ Schedule G _____
**Raymond M. Nelson, Jr.**

---

3.94 **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.47**___
☐ Schedule G _____
**W. Wylynn G. Phillippi**

---

Debtor 1   **Darryl A. Seelhorst**                                    Case number *(if known)*   **25-30964-JCO**

▇▇▇▇   **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.95   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.48**___
☐ Schedule G _____
**Aaron B. Pouncey**

3.96   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Arthur Pouncy**

3.97   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.50**___
☐ Schedule G _____
**Pam Pouncy**

3.98   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.51**___
☐ Schedule G _____
**Michael Pugh**

3.99   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.53**___
☐ Schedule G _____
**Christoper M. Richey**

3.100   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Frank Klumpp Riggs**

3.101   **Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.56**___
☐ Schedule G _____
**Eric Street**

Debtor 1  **Darryl A. Seelhorst**                                  Case number *(if known)*  **25-30964-JCO**

▉ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>2  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.10<br>3  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |
| 3.10<br>4  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Tobin Street** |
| 3.10<br>5  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Al Thomas** |
| 3.10<br>6  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Jeff Thompson** |
| 3.10<br>7  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Donald Ward** |
| 3.10<br>8  **Michael Lapat**<br>**Law Offices of Michael Lapat**<br>**2855 N. University Dr., #230**<br>**Pompano Beach, FL 33065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Douglas C. Ward** |

Debtor 1   **Darryl A. Seelhorst**                                    Case number *(if known)*   **25-30964-JCO**

▆▆▆   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10
9
**Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.66**
☐ Schedule G _____
**Jeannie Ward**

---

3.11
0
**Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.67**
☐ Schedule G _____
**Charles H. Williamson**

---

3.11
1
**Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.68**
☐ Schedule G _____
**Charles H. Williamson, Jr.**

---

3.11
2
**Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.69**
☐ Schedule G _____
**Marty Allison Willis**

---

3.11
3
**Michael Lapat**
**Law Offices of Michael Lapat**
**2855 N. University Dr., #230**
**Pompano Beach, FL 33065**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.70**
☐ Schedule G _____
**Seth Willis**

---

3.11
4
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**Hunter  and Shannon Bice**

---

3.11
5
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.2**
☐ Schedule G _____
**Thomas R. Alie**

---

3.11
6
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.3**
☐ Schedule G _____
**David Almond**

---

Debtor 1    **Darryl A. Seelhorst**                               Case number *(if known)*    **25-30964-JCO**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11
7
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Edward Bals**

---

3.11
8
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**Geoffrey Barkin**

---

3.11
9
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Thomas Bender**

---

3.12
0
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Peggy Cates Buchanon**

---

3.12
1
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Delma Brannon Culpepper**

---

3.12
2
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Mike Dobson**

---

3.12
3
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Wanda Dobson**

---

3.12
4
**Oakpoint Fund Services, LLC**
**565 Long Cove**
**Avon Lake, OH 44012**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**James Dunn**

---

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.125 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**Rose Dunn** |
| 3.126 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.21**<br>☐ Schedule G _____<br>**David B. Elliott** |
| 3.127 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.23**<br>☐ Schedule G _____<br>**Christopher Frailie** |
| 3.128 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.24**<br>☐ Schedule G _____<br>**Cindy Gilmore** |
| 3.129 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |
| 3.130 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Wyman Gilmore, Jr.** |
| 3.131 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.27**<br>☐ Schedule G _____<br>**Vivian Gilmore** |
| 3.132 **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.28**<br>☐ Schedule G _____<br>**Andres S. Grant** |

Debtor 1  **Darryl A. Seelhorst** _____     Case number *(if known)*  **25-30964-JCO**

| ███ **Additional Page to List More Codebtors** |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.13 3 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Margaret Grant** |
| 3.13 4 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Erin Gunnison** |
| 3.13 5 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.31**__ ☐ Schedule G _____ **Harold Gunnison** |
| 3.13 6 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Carrie K. Hagan** |
| 3.13 7 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.33**__ ☐ Schedule G _____ **Richard Henderson** |
| 3.13 8 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.34**__ ☐ Schedule G _____ **Joan Jones** |
| 3.13 9 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.35**__ ☐ Schedule G _____ **Miles Jones** |
| 3.14 0 | **Oakpoint Fund Services, LLC** **565 Long Cove** **Avon Lake, OH 44012** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.37**__ ☐ Schedule G _____ **Mudassir Kazmi** |

Debtor 1  **Darryl A. Seelhorst**                                    Case number *(if known)*  **25-30964-JCO**

▓▓▓  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>1  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**Bif  Klumpp** |
| 3.14<br>2  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.39**__<br>☐ Schedule G _____<br>**Stephanie Klumpp** |
| 3.14<br>3  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.40**__<br>☐ Schedule G _____<br>**Edward R. Loper** |
| 3.14<br>4  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.41**__<br>☐ Schedule G _____<br>**Mark Loper** |
| 3.14<br>5  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.42**__<br>☐ Schedule G _____<br>**David Martin** |
| 3.14<br>6  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.43**__<br>☐ Schedule G _____<br>**Matt McCord** |
| 3.14<br>7  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**Chad A. Myers** |
| 3.14<br>8  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.46**__<br>☐ Schedule G _____<br>**Raymond M. Nelson, Jr.** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>9 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**W. Wylynn G. Phillippi** |
| 3.15<br>0 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Aaron B. Pouncey** |
| 3.15<br>1 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Arthur Pouncy** |
| 3.15<br>2 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Pam Pouncy** |
| 3.15<br>3 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Michael Pugh** |
| 3.15<br>4 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Christoper M. Richey** |
| 3.15<br>5 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Frank Klumpp Riggs** |
| 3.15<br>6 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G _____<br>**Eric Street** |

Debtor 1   **Darryl A. Seelhorst**                                              Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.157  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.57**<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.158  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.58**<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |
| 3.159  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.59**<br>☐ Schedule G _____<br>**Tobin Street** |
| 3.160  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.62**<br>☐ Schedule G _____<br>**Al Thomas** |
| 3.161  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.63**<br>☐ Schedule G _____<br>**Jeff Thompson** |
| 3.162  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.64**<br>☐ Schedule G _____<br>**Donald Ward** |
| 3.163  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.65**<br>☐ Schedule G _____<br>**Douglas C. Ward** |
| 3.164  **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.66**<br>☐ Schedule G _____<br>**Jeannie Ward** |

Debtor 1  **Darryl A. Seelhorst**                                            Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>5 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.67**<br>☐ Schedule G _____<br>**Charles H. Williamson** |
| 3.16<br>6 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.68**<br>☐ Schedule G _____<br>**Charles H. Williamson, Jr.** |
| 3.16<br>7 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.69**<br>☐ Schedule G _____<br>**Marty Allison Willis** |
| 3.16<br>8 | **Oakpoint Fund Services, LLC**<br>**565 Long Cove**<br>**Avon Lake, OH 44012** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.70**<br>☐ Schedule G _____<br>**Seth Willis** |
| 3.16<br>9 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.10**<br>☐ Schedule G _____<br>**Hunter  and Shannon Bice** |
| 3.17<br>0 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.2**<br>☐ Schedule G _____<br>**Thomas R. Alie** |
| 3.17<br>1 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.3**<br>☐ Schedule G _____<br>**David Almond** |
| 3.17<br>2 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.6**<br>☐ Schedule G _____<br>**Edward Bals** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.17
3
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Geoffrey Barkin**

3.17
4
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Thomas Bender**

3.17
5
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Peggy Cates Buchanon**

3.17
6
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Delma Brannon Culpepper**

3.17
7
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Mike Dobson**

3.17
8
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Wanda Dobson**

3.17
9
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**James Dunn**

| Debtor 1 | Darryl A. Seelhorst | | Case number *(if known)* | 25-30964-JCO |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18<br>0 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Rose Dunn** |
| 3.18<br>1 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**David B. Elliott** |
| 3.18<br>2 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Christopher Frailie** |
| 3.18<br>3 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Cindy Gilmore** |
| 3.18<br>4 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |
| 3.18<br>5 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Wyman Gilmore, Jr.** |
| 3.18<br>6 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.27**__<br>☐ Schedule G _____<br>**Vivian Gilmore** |

Debtor 1    **Darryl A. Seelhorst**                                                    Case number *(if known)*    **25-30964-JCO**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.187 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Andres S. Grant** |
| 3.188 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Margaret Grant** |
| 3.189 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Erin Gunnison** |
| 3.190 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Harold Gunnison** |
| 3.191 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Carrie K. Hagan** |
| 3.192 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Richard Henderson** |
| 3.193 **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Joan Jones** |

Debtor 1 __Darryl A. Seelhorst__     Case number *(if known)*  __25-30964-JCO__

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19 4 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Miles Jones** |
| 3.19 5 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Mudassir Kazmi** |
| 3.19 6 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Bif  Klumpp** |
| 3.19 7 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Stephanie Klumpp** |
| 3.19 8 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Edward R. Loper** |
| 3.19 9 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Mark Loper** |
| 3.20 0 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**David Martin** |

Debtor 1  **Darryl A. Seelhorst**    Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20<br>1 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Matt McCord** |
| 3.20<br>2 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Chad A. Myers** |
| 3.20<br>3 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Raymond M. Nelson, Jr.** |
| 3.20<br>4 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**W. Wylynn G. Phillippi** |
| 3.20<br>5 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Aaron B. Pouncey** |
| 3.20<br>6 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Arthur Pouncy** |
| 3.20<br>7 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Pam Pouncy** |

Debtor 1  **Darryl A. Seelhorst**                                        Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.20 8 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Michael Pugh** |
| 3.20 9 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Christoper M. Richey** |
| 3.21 0 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Frank Klumpp Riggs** |
| 3.21 1 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G _____<br>**Eric Street** |
| 3.21 2 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.21 3 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |
| 3.21 4 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Tobin Street** |

Debtor 1  **Darryl A. Seelhorst**                                       Case number *(if known)*  **25-30964-JCO**

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.21
5
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.62**___
☐ Schedule G _____
**Al Thomas**

3.21
6
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.63**___
☐ Schedule G _____
**Jeff Thompson**

3.21
7
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.64**___
☐ Schedule G _____
**Donald Ward**

3.21
8
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.65**___
☐ Schedule G _____
**Douglas C. Ward**

3.21
9
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.66**___
☐ Schedule G _____
**Jeannie Ward**

3.22
0
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.67**___
☐ Schedule G _____
**Charles H. Williamson**

3.22
1
**Point Clear Capital Advisors, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.68**___
☐ Schedule G _____
**Charles H. Williamson, Jr.**

Debtor 1  **Darryl A. Seelhorst**                    Case number *(if known)*  **25-30964-JCO**

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.22<br>2 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Marty Allison Willis** |
| 3.22<br>3 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**Seth Willis** |
| 3.22<br>4 | **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Hancock Whitney Bank** |
| 3.22<br>5 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Hunter  and Shannon Bice** |
| 3.22<br>6 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Thomas R. Alie** |
| 3.22<br>7 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Thomas R. Alie** |
| 3.22<br>8 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**David Almond** |

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.22
9

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Edward Bals**

---

3.23
0

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Geoffrey Barkin**

---

3.23
1

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Thomas Bender**

---

3.23
2

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**Peggy Cates Buchanon**

---

3.23
3

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Delma Brannon Culpepper**

---

3.23
4

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**Mike Dobson**

---

3.23
5

**Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Wanda Dobson**

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.236 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**James Dunn** |
| 3.237 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>**Rose Dunn** |
| 3.238 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**David B. Elliott** |
| 3.239 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**Christopher Frailie** |
| 3.240 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Cindy Gilmore** |
| 3.241 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |
| 3.242 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Wyman Gilmore, Jr.** |

Debtor 1  **Darryl A. Seelhorst**                                          Case number *(if known)*  **25-30964-JCO**

▔▔▔▔ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>3 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Vivian Gilmore** |
| 3.24<br>4 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Andres S. Grant** |
| 3.24<br>5 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Margaret Grant** |
| 3.24<br>6 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Erin Gunnison** |
| 3.24<br>7 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Harold Gunnison** |
| 3.24<br>8 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Carrie K. Hagan** |
| 3.24<br>9 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Richard Henderson** |

Debtor 1   **Darryl A. Seelhorst**                                    Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.25 0   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Joan Jones**

---

3.25 1   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**Miles Jones**

---

3.25 2   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**Mudassir Kazmi**

---

3.25 3   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Bif  Klumpp**

---

3.25 4   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**Stephanie Klumpp**

---

3.25 5   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**Edward R. Loper**

---

3.25 6   **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**Mark Loper**

---

Debtor 1   **Darryl A. Seelhorst**                                Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.25 7 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.25 8 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.25 9 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.26 0 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.26 1 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.26 2 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |
| 3.26 3 | **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** |

3.25 7 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**David Martin**

3.25 8 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Matt McCord**

3.25 9 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Chad A. Myers**

3.26 0 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**Raymond M. Nelson, Jr.**

3.26 1 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.47__
☐ Schedule G _____
**W. Wylynn G. Phillippi**

3.26 2 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**Aaron B. Pouncey**

3.26 3 — Point Clear Capital Management, LLC, 14239 Peridido Key Dr., Apt. 8, Pensacola, FL 32507
☐ Schedule D, line _____
■ Schedule E/F, line __4.49__
☐ Schedule G _____
**Arthur Pouncy**

Debtor 1   **Darryl A. Seelhorst**                                Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.264 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>**Pam Pouncy** |
| 3.265 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Michael Pugh** |
| 3.266 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>**Christoper M. Richey** |
| 3.267 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Frank Klumpp Riggs** |
| 3.268 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>**Eric Street** |
| 3.269 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.270 **Point Clear Capital Management, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |

Debtor 1  **Darryl A. Seelhorst**                                    Case number *(if known)*  **25-30964-JCO**

███ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

**3.27 1**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Tobin Street**

---

**3.27 2**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Al Thomas**

---

**3.27 3**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Jeff Thompson**

---

**3.27 4**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Donald Ward**

---

**3.27 5**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
**Douglas C. Ward**

---

**3.27 6**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Jeannie Ward**

---

**3.27 7**  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.67__
☐ Schedule G _____
**Charles H. Williamson**

---

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.27 8  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**Charles H. Williamson, Jr.**

---

3.27 9  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Marty Allison Willis**

---

3.28 0  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.70___
☐ Schedule G _____
**Seth Willis**

---

3.28 1  **Point Clear Capital Management, LLC**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

■ Schedule D, line ___2.3___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Hancock Whitney Bank**

---

3.28 2  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Hunter  and Shannon Bice**

---

3.28 3  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**Thomas R. Alie**

---

3.28 4  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**Thomas R. Alie**

---

Debtor 1    **Darryl A. Seelhorst**

Case number *(if known)*    **25-30964-JCO**

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.28 5    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**David Almond**

---

3.28 6    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Edward Bals**

---

3.28 7    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Geoffrey Barkin**

---

3.28 8    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Thomas Bender**

---

3.28 9    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**Peggy Cates Buchanon**

---

3.29 0    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Delma Brannon Culpepper**

---

3.29 1    **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**Mike Dobson**

---

Debtor 1  **Darryl A. Seelhorst**                                                    Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.29<br>2 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Wanda Dobson** |
| 3.29<br>3 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**James Dunn** |
| 3.29<br>4 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Rose Dunn** |
| 3.29<br>5 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**David B. Elliott** |
| 3.29<br>6 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Christopher Frailie** |
| 3.29<br>7 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Cindy Gilmore** |
| 3.29<br>8 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |

Debtor 1  **Darryl A. Seelhorst**                    Case number *(if known)*  **25-30964-JCO**

████   **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.29
9
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
**Wyman Gilmore, Jr.**

---

3.30
0
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.27___
☐ Schedule G _____
**Vivian Gilmore**

---

3.30
1
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Andres S. Grant**

---

3.30
2
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Margaret Grant**

---

3.30
3
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Erin Gunnison**

---

3.30
4
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Harold Gunnison**

---

3.30
5
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Carrie K. Hagan**

---

Debtor 1  **Darryl A. Seelhorst**                              Case number *(if known)*  **25-30964-JCO**

---

███  **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.30 **Point Clear Capital Partners, LP**
6    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Richard Henderson**

---

3.30 **Point Clear Capital Partners, LP**
7    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Joan Jones**

---

3.30 **Point Clear Capital Partners, LP**
8    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Miles Jones**

---

3.30 **Point Clear Capital Partners, LP**
9    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Mudassir Kazmi**

---

3.31 **Point Clear Capital Partners, LP**
0    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
**Bif  Klumpp**

---

3.31 **Point Clear Capital Partners, LP**
1    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**Stephanie Klumpp**

---

3.31 **Point Clear Capital Partners, LP**
2    **14239 Peridido Key Dr.**
     **Apt. 8**
     **Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
**Edward R. Loper**

---

Debtor 1  **Darryl A. Seelhorst**                                   Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31<br>3 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.41**___<br>☐ Schedule G _____<br>**Mark Loper** |
| 3.31<br>4 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.42**___<br>☐ Schedule G _____<br>**David Martin** |
| 3.31<br>5 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**Matt McCord** |
| 3.31<br>6 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**Chad A. Myers** |
| 3.31<br>7 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.46**___<br>☐ Schedule G _____<br>**Raymond M. Nelson, Jr.** |
| 3.31<br>8 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.47**___<br>☐ Schedule G _____<br>**W. Wylynn G. Phillippi** |
| 3.31<br>9 | **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**Aaron B. Pouncey** |

Debtor 1   **Darryl A. Seelhorst**                                    Case number *(if known)*   **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.32
0
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.49**__
☐ Schedule G _____
**Arthur Pouncy**

---

3.32
1
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.50**__
☐ Schedule G _____
**Pam Pouncy**

---

3.32
2
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.51**__
☐ Schedule G _____
**Michael Pugh**

---

3.32
3
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.53**__
☐ Schedule G _____
**Christoper M. Richey**

---

3.32
4
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.54**__
☐ Schedule G _____
**Frank Klumpp Riggs**

---

3.32
5
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.56**__
☐ Schedule G _____
**Eric Street**

---

3.32
6
**Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.57**__
☐ Schedule G _____
**William E. Street, Jr.**

---

Debtor 1  **Darryl A. Seelhorst**                                    Case number *(if known)*  **25-30964-JCO**

---

■  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.32 7  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Maria Cristina B. Street**

---

3.32 8  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Tobin Street**

---

3.32 9  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Al Thomas**

---

3.33 0  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Jeff Thompson**

---

3.33 1  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Donald Ward**

---

3.33 2  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
**Douglas C. Ward**

---

3.33 3  **Point Clear Capital Partners, LP**
**14239 Peridido Key Dr.**
**Apt. 8**
**Pensacola, FL 32507**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Jeannie Ward**

---

Debtor 1  **Darryl A. Seelhorst**                                     Case number *(if known)*  **25-30964-JCO**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.33<br>4  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Charles H. Williamson**

---

3.33<br>5  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Charles H. Williamson, Jr.**

---

3.33<br>6  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Marty Allison Willis**

---

3.33<br>7  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.70**__<br>☐ Schedule G _____<br>**Seth Willis**

---

3.33<br>8  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**JPMCB Card Services**

---

3.33<br>9  **Point Clear Capital Partners, LP**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507**

■ Schedule D, line __**2.3**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Hancock Whitney Bank**

---

3.34<br>0  **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Thomas R. Alie**

---

Debtor 1  **Darryl A. Seelhorst** _____    Case number *(if known)*  **25-30964-JCO**

| | |
|---|---|
| ▰ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.34 1  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Thomas R. Alie**

---

3.34 2  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.3**___
☐ Schedule G _____
**David Almond**

---

3.34 3  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Edward Bals**

---

3.34 4  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**Geoffrey Barkin**

---

3.34 5  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Thomas Bender**

---

3.34 6  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Peggy Cates Buchanon**

---

3.34 7  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Delma Brannon Culpepper**

---

Debtor 1  **Darryl A. Seelhorst**                                 Case number *(if known)*  **25-30964-JCO**

▇▇▇▇  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.34 8
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.15**__
☐ Schedule G _____
**Mike Dobson**

---

3.34 9
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.16**__
☐ Schedule G _____
**Wanda Dobson**

---

3.35 0
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.18**__
☐ Schedule G _____
**James Dunn**

---

3.35 1
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.19**__
☐ Schedule G _____
**Rose Dunn**

---

3.35 2
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.21**__
☐ Schedule G _____
**David B. Elliott**

---

3.35 3
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.23**__
☐ Schedule G _____
**Christopher Frailie**

---

3.35 4
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.24**__
☐ Schedule G _____
**Cindy Gilmore**

---

Debtor 1  **Darryl A. Seelhorst**                                      Case number (*if known*)  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.35<br>5 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Wyman Gilmore, III** |
| 3.35<br>6 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**Wyman Gilmore, Jr.** |
| 3.35<br>7 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.27**___<br>☐ Schedule G _____<br>**Vivian Gilmore** |
| 3.35<br>8 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.28**___<br>☐ Schedule G _____<br>**Andres S. Grant** |
| 3.35<br>9 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Margaret Grant** |
| 3.36<br>0 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Erin Gunnison** |
| 3.36<br>1 **Practus, LLP**<br>c/o Lloyd, Gray, Whitehead & Monroe<br>125 W> Romana St., #330<br>Pensacola, FL 32502 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**Harold Gunnison** |

Debtor 1  **Darryl A. Seelhorst**                                    Case number *(if known)*  **25-30964-JCO**

███████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.36 2  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.32**____
☐ Schedule G _____
**Carrie K. Hagan**

---

3.36 3  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.33**____
☐ Schedule G _____
**Richard Henderson**

---

3.36 4  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.34**____
☐ Schedule G _____
**Joan Jones**

---

3.36 5  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.35**____
☐ Schedule G _____
**Miles Jones**

---

3.36 6  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.37**____
☐ Schedule G _____
**Mudassir Kazmi**

---

3.36 7  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.38**____
☐ Schedule G _____
**Bif  Klumpp**

---

3.36 8  **Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.39**____
☐ Schedule G _____
**Stephanie Klumpp**

---

Official Form 106H                      Schedule H: Your Codebtors                      Page 51 of 55

Debtor 1    **Darryl A. Seelhorst**

Case number *(if known)*    **25-30964-JCO**

████    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.369    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.40**<br>☐ Schedule G _____<br>**Edward R. Loper** |
| 3.370    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.41**<br>☐ Schedule G _____<br>**Mark Loper** |
| 3.371    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.42**<br>☐ Schedule G _____<br>**David Martin** |
| 3.372    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.43**<br>☐ Schedule G _____<br>**Matt McCord** |
| 3.373    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.45**<br>☐ Schedule G _____<br>**Chad A. Myers** |
| 3.374    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.46**<br>☐ Schedule G _____<br>**Raymond M. Nelson, Jr.** |
| 3.375    **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.47**<br>☐ Schedule G _____<br>**W. Wylynn G. Phillippi** |

Debtor 1  **Darryl A. Seelhorst**                                    Case number *(if known)*  **25-30964-JCO**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37 6 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.48**__<br>☐ Schedule G _____<br>**Aaron B. Pouncey** |
| 3.37 7 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**Arthur Pouncy** |
| 3.37 8 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**Pam Pouncy** |
| 3.37 9 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.51**__<br>☐ Schedule G _____<br>**Michael Pugh** |
| 3.38 0 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Christoper M. Richey** |
| 3.38 1 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**Frank Klumpp Riggs** |
| 3.38 2 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.56**__<br>☐ Schedule G _____<br>**Eric Street** |

Debtor 1  **Darryl A. Seelhorst**
_____

Case number *(if known)*  **25-30964-JCO**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.38 3 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.57**<br>☐ Schedule G _____<br>**William E. Street, Jr.** |
| 3.38 4 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.58**<br>☐ Schedule G _____<br>**Maria Cristina B. Street** |
| 3.38 5 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.59**<br>☐ Schedule G _____<br>**Tobin Street** |
| 3.38 6 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.62**<br>☐ Schedule G _____<br>**Al Thomas** |
| 3.38 7 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.63**<br>☐ Schedule G _____<br>**Jeff Thompson** |
| 3.38 8 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.64**<br>☐ Schedule G _____<br>**Donald Ward** |
| 3.38 9 | **Practus, LLP**<br>**c/o Lloyd, Gray, Whitehead & Monroe**<br>**125 W> Romana St., #330**<br>**Pensacola, FL 32502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.65**<br>☐ Schedule G _____<br>**Douglas C. Ward** |

Debtor 1  **Darryl A. Seelhorst**                                      Case number *(if known)*  **25-30964-JCO**

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.39
0
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Jeannie Ward**

3.39
1
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.67___
☐ Schedule G _____
**Charles H. Williamson**

3.39
2
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**Charles H. Williamson, Jr.**

3.39
3
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Marty Allison Willis**

3.39
4
**Practus, LLP**
**c/o Lloyd, Gray, Whitehead & Monroe**
**125 W> Romana St., #330**
**Pensacola, FL 32502**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.70___
☐ Schedule G _____
**Seth Willis**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (If known) | **25-30964-JCO** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

  _____
  MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          N/A |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $          0.00 | $          N/A |

| Debtor 1 | **Darryl A. Seelhorst** | Case number (*if known*) | **25-30964-JCO** |
|---|---|---|---|

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ N/A = | $ 0.00 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 0.00 **Combined monthly income** | |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** ■ No. ☐ Yes. Explain: | | | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (If known) | **25-30964-JCO** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　　☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent...........

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 13 | ☐ No ■ Yes |
   | Daughter | 13 | ☐ No ■ Yes |
   | Daughter | 18 | ☐ No ■ Yes |
   | Spouse | 44 | ☐ No ■ Yes |

3. **Do you include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 13,516.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 2,083.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 3,200.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  __Darryl A. Seelhorst__                                    Case number (if known)  __25-30964-JCO__

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 500.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 300.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 300.00 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 2,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 2,400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 1,000.00 |
| 10. | **Personal care products and services** | 10. $ | | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 222.60 |
| | 15b. Health insurance | 15b. $ | | 2,300.00 |
| | 15c. Vehicle insurance | 15c. $ | | 660.25 |
| | 15d. Other insurance. Specify:  **Boat** | 15d. $ | | 833.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 2,368.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 637.00 |
| | 17c. Other. Specify:  **Boat** | 17c. $ | | 3,435.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 5,232.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify:  **College Life/Savings Plans** | 21. +$ | | 1,293.68 |
| | **Country Club** | +$ | | 1,000.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | $ | | 44,280.53 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | | 44,280.53 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 44,280.53 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | -44,280.53 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | **25-30964-JCO** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

*If two married people are filing together, both are equally responsible for supplying correct information.*

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Darryl Seelhorst*                                         X _____

**Darryl A Seelhorst**
Signature of Debtor 1                                         Signature of Debtor 2

Date     11.5.2025                                          Date _____

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1    **Darryl A. Seelhorst**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

Case number    **25-30964-JCO**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

☑ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **506 Eventide Dr.**<br>**Gulf Breeze, FL 32561** | From-To:<br>**September 29, 2015 to September 30, 2024** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    __Darryl A. Seelhorst__                    Case number (if known)    __25-30964-JCO__

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **Undetermined** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **Undetermined** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$110,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$5,797,828.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

    ■ No.  Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1  **Darryl A. Seelhorst**

Case number *(if known)*  **25-30964-JCO**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Robby Rowan**<br>**715 Adam St.**<br>**Huntsville, AL** | **March 2025** | **$125,000.00** | **$0.00** | **Payment** |

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **David Almond etal v Darryl Seelhorst, etal**<br>**Case No. 25-133-CA** | | **Circuit Court of Bay County Florida** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Hunter Clay Bice and Shannon Lee Bice v Darryl Seelhorst, et al**<br>**Case No. 07-CV-2024-900092** | | **Circuit Court of Bibb County, Alabama** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Hancock Whitney Bank v Darryl Seelhorst, et al.**<br>**Case No. CV-2025-900547** | | **Circuit Court of Baldwin County, Alabama** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment** |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Official Form 107

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

page **3**

Debtor 1    **Darryl A. Seelhorst**                                    Case number *(if known)*    **25-30964-JCO**

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ☐ No
- ■ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ☐ No
- ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Family Members** | **Holiday/birthday gifts** | **Various** | **Undetermined** |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Various Charities** | | **Various dates in 2023** | **$17,166.00** |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
- ☐ No
- ■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Lightening hit generator at Point Clear, Alabama house** | **Insurance paid appx. $42,000 - repairs still in process** | | **Undetermined** |

Debtor 1   **Darryl A. Seelhorst**                                      Case number *(if known)*   **25-30964-JCO**

---

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Stichter, Riedel, Blain & Postler, P.A.<br>440 Bayfront Pkwy.<br>Pensacola, FL 32502 | Aggregate amount received for attorney fees on account of Debtor and related Debtors | August 11, 2025 | $75,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☑ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ☑ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1  **Darryl A. Seelhorst**    Case number *(if known)*  **25-30964-JCO**

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bryant Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2024** | **Undetermined** |
| **Hancock Whitney** | **XXXX-3994** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Undetermined** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **ExtraSpace Storage<br>5598 Iaca Ave.<br>Pensacola, FL 32507** | **Debtor** | **Personal belongings, household items, work items** | ☐ No<br>■ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Debtor 1    **Darryl A. Seelhorst**                                    Case number *(if known)*    **25-30964-JCO**

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **LRB Equities, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | **Investment** | EIN:    **46-5573284**<br><br>From-To    **April 2020 to Present** |
| **Point Clear Capital Advisors, LLC**<br>**14239 Peridido Key Dr.**<br>**Apt. 8**<br>**Pensacola, FL 32507** | **Investment** | EIN:    **82-3952533**<br><br>From-To    **December 2017 to Present** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Darryl A. Seelhorst**                                    Case number *(if known)*    **25-30964-JCO**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| **Point Clear Capital Management, LLC** **14239 Peridido Key Dr.** **Apt. 8** **Pensacola, FL 32507** | **Investment** | EIN: **82-3945409** From-To **December 2017 to Present** |
| **ATDS Limited Liability Company** | | EIN: **86-2451004** From-To **March 2021** |
| **LBR Holdings, LLC** | | EIN: **46-5573284** From-To |
| **Point Clear Capital Partners, LP** | | EIN: From-To |

---

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  No
☑  Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Bryant Bank** | **December 2024** |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Darryl A. Seelhorst** | Case number *(if known)* | **25-30964-JCO** |
|---|---|---|---|

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*Darryl Seelhorst*

| **Darryl A Seelhorst** | **Signature of Debtor 2** |
|---|---|
| **Signature of Debtor 1** | |

| Date | 11.5.2025 | Date | |
|---|---|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Darryl A. Seelhorst** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Florida, Pensacola Division |
| Case number (if known) | **25-30964-JCO** |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income         12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**   **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ | | 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ | | 0.00 | $ |

Debtor 1    **Darryl A. Seelhorst** _____    Case number (*if known*)    **25-30964-JCO**

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ _____ | $ 0.00 |
| For your spouse | $ _____ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | $ | $ |
|---|---|---|---|
| _____ | | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 0.00 + $ _____ = $ 0.00

Debtor 1   **Darryl A. Seelhorst**                                    Case number (*if known*)   **25-30964-JCO**

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  *Darryl Seelhorst*

**Darryl A. Seelhorst**
Signature of Debtor 1

Date   11.5.2025

MM / DD  / YYYY

---